UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| JOSHUA DEWAYNE CORDIER | CIVIL ACTION |
|---|---|
| VERSUS | NO. 18-8974 |
| U.S. POLLOCK | SECTION: "J"(5) |

## **ORDER**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 5), and the failure of Plaintiff to file an objection, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the Title 42 U.S.C. § 1983 complaint filed by Joshua Cordier is transferred to the United States District Court for the Western District of Louisiana.

New Orleans, Louisiana, this 10th day of December, 2018.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE